UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

UNITED STATES OF AMERICA

-v-                          Case No.: 8:14-CR-462-T-33AEP

JAIR GUEVARA PAYAN

**Sentencing Memorandum**

Defendant, JAIR GUEVARA PAYAN, by and through his attorney, Ken Martin, files this Sentencing Memorandum which provides additional evidence and information for the Court to utilize in determining a reasonable sentence.

**Photograph**

Attached to this memorandum is a photograph of Mr. Guevara Payan's family in front of the home he lives in. This is Mr. Guevara Payan's mother, brother, sister-in-law and niece.

**Letter in support**

Attached to this memorandum are letters of support for Mr. Guevara Payan submitted on his behalf from relatives, family members and friends. The letters demonstrate that Mr. Guevara Payan is a respected and loved member of his community.

## Conclusion

The attached evidence will be utilized by the defense along with evidence and argument presented at the sentencing hearing to provide the Court with a better opportunity to understand and evaluate Mr. Guevara Payan and imposed a reasonable sentence.

```
                    /s/Ken Martin
                     Ken Martin
                  Bar Number 354457
              Law Office of Ken Martin, PA
                     PO Box 10456
                   Tampa, Fl 33679
              Telephone: (813) 431-3310
                  Fax: (813) 839-5667
              E-mail: martinkb@verizon.net
```

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and exact copy of the foregoing was furnished via Electronic Filing to the Office of the United States Attorney, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602.

                        /s/ Ken Martin

                          Ken Martin