Dr: Virginia Hernandez

I Carmen Ximena Hurtado Obando. identified with the National ID 1149.185.582 affirm knowing the young man Jair Guevara Payan identified with the National ID 1089002308 Who is a friend like a brother since we have shared part of our childhood and youth   I miss him he is an excellent friend  Brother son uncle.  Worker  Collaborator. a person  with values and principles    studious  I miss you brother  asking God that he bless you.  And that this distance not be, for such a long time   I await your return.  Friend…

Your Honor: Virginia M. Hernandez

I Tania Hurtado Obando with National ID 1111.797.161. affirm knowing Mr. Jair Guevara Payan identified by National ID 1089002308. Given that I was raised with him I would like to say that he is a kind, affectionate, friendly person.
My best friend, my confidant, I need him very much and it has been painful since he was a responsible person to his parents and his nieces.

More than a friend my brother I love you very much, you are a kind person I need you very much.

Buenaventura, December 30, 2014

Your Honor
Virginia M. Hernandez

Cordial Greeting

I Erik Caicedo Cuero identified with National ID number 1.113.525.761 from Candelaria, Valle, Colombia certify that I know Mr. Jair Guevara Payan by sight, dealings and communication, [who is] identified by national ID number 1'089.002.308 and is from Mosquera, Nariño, Colombia [and I know him] as a sound, responsible, working person concerned for the well-being of his family.
To record the above on the 30th (thirtieth) day of the month of December, 2014 it is signed

Erik Caicedo Cuero
National ID 1'113.525.761

Your Honor: Virginia M. Hernández

I Carmen Eudocia Obando Angulo identified by National ID 59667855 affirm that I know Mr. Jair Guevara Payan identified by National ID 1089002308 I need him very much I consider him like a son to me it has been very painful for me to know that he is away on this very special date we need him very much; for your happy way of being the neighbors ask a lot about him because he is a good friend an obliging intelligent person I wish he has a happy new year and that the Lord Jesus covers you with his holy mantle and fills you with blessings is what we all wish your family we await you soon.

Your Honor: Virginia M. Hernández

I Luz Karine Cuero Caicedo identified by National ID 1111807614 affirm that I know Mr. Jair Guevara Payan identified by National ID 1089002308 he likes to work very much to help his family since he is one of the ones responsible for the house he liked to work together very much with his friends he is happy respectful with the desire to improve the lot of his mother, grandmother, and niece since they were the ones who shared with him his father who lives on the Nariño coast his absence is a great pain hurt for us who share very much with him we need him a lot by not having him here with us perhaps over there where he is
[at] they treat you well and we might soon see each other you are loved very much and you have no idea how much we need you take care and try not to think too much.

Your Honor
Virginia M Hernandez

I Gregorio Jimenez Ordoñez with Citizen ID 1134694101 by writing confirm that I know Mr. Jair Guevara Payan physically and personally who is a working honest person with whom we shared primary and high school later he moved to the city of Buenaventura who with his aptitude and merits enrolled in SENA and studied [to be a] mechanic technician.  Later he carried on as a seaman on a timber and food transportation ship  he worked at timber saw mills, fisheries in the municipality of Mosquera Nariño before moving to Buenaventura valle del cauca
Thank you for your attention.  Attentively Gregorio Jimenez Ordonez.  Signature.  [Illegible signature]

Your Honor Virginia M. Hernández    I Edwin Alexander Ponte Hurtado know Mr. Jair Guevara Payan since 5 years [ago] and he is a humble person devoted to his work that is fishing he has always liked to cure animals in the mountain and when he always came home it didn't matter to him how tired we were we'd go pay soccer on the beach or in the schools.


Signature:  Edwin A. Ponte Hurtado

Cordial Greeting

Your Honor Virginia M. Hernandes  I  Jorge Luis Gamboa give you my word that this humble servant Jair Guevara Payan has been a very exemplary youth worker honest and very good neighbor in the years I discern him I have not known him to have any problem with any kind of persons.

We have had some common business dealings such as the following: *Bolilladora* [numbers drawing; bakery] Saw Mill, Fishing, taking and bringing timber etc.  Up to the present we have had no inconveniences with anything I don't know of any enemies of his because he's avery hard worker and exemplary and I would want for him to be here to continue working with him.

In the 18 years that I have known him no problem of his has come to my attention because he has been a young man very devoted to his work he was a man with few friends because he is very serious and responsible at his job just like with his workers and friends.

Jorge Luis Gamboa Cuero

1148 445 899

Cordial Greetings.

Your Honor Virginia M. Hernandes.
I Yuvies Neliza Rivas Zuñiya attest that I know Mr. Jair Guevara Payan since 20 years ago.
As a humble, modest worker. He devotes his life to toil working.
Cutting wood. In construction. I don't know him to have any vices.
He is a good student, he is a person who makes an effort to live a simple calm life.
Also I never knew him to have enemies. In his free time he met with his friends to play soccer.

I assure you that he is a very good young man, kind and loved by all the neighbors, he lets himself be loved


Yuvies Neliza Rivas Zuñiya
National ID 1.07763.3512

Buenaventura December 28, 2014

Cordial Greeting.

Your Honor Virginia m. Hernandez, I Maria Fernanda Cuero attest that I know Mr. Jair Guevara Payan for 5 years. He is a humble working person he worked on coastal ships, in the mountain cutting log to sustain his family.


[Signed]
Maria Fernanda Cuero
   National ID 1.111.781.698

Your Honor Virginia M. Hernandez.  I Don Dennis Cuero know Jair Guevara Payan  since some 10 years [ago] as a good young man worker and honest.  I know him as a timber worker to take sustenance to his family

                        [Signed]
                        [Illegible] Deni Cuero
                        National ID 12796406

Buenaventura December 28, 2014

Cordial Greeting:

Your Honor Virginia M. Hernandez, I Robinson Martin Aragon Ruiz, attest that I know Mr. Jair Guevara Payan since some 5 years, I know that he is a friendly, cool person he likes soccer too much, he likes to work, he doesn't bother anybody and he is always helping others.

Attentively:
        [Signed] Robinson Martin Aragon Ruiz
        1.111.780.491

A Cordial Greeting

Your Honor Virginia M. Hernandez. I Leidy Tatiana Cortez know Mr. Jair Guevara Payan as a responsible and working person I have known him for 8 years and he is a good student, a good friend a good person.

                    [Signed]
                Leidy Tatiana Cortez
                  1006195664

A Cordial Greeting

Your Honor Virginia M. Hernandez. I Carlos Arturo Cuero attest that I know Mr. Jair Guevara Payan I know him since 6 years ago   I know him as a good working person, fisherman, he likes soccer on the beach and good student

Signature:  Carlos Arturo Cuero Montaño
:National ID 1.111.809405

Buenaventura December 29, 2014

Your Honor:
Virginia M. Hernandez

I Federico Caicedo Rengifo identified by the National ID. 1111805854 that Mr. Jair Guevara Payan is a working, humble person carrying out several trades   He worked with me in a bank he was a machinist, he worked to economically collaborate with his family   he was known as a generous, cooperative person responsible with his commitments.

[Signed]
Federico Caicedo Rengifo
1111805854

Mosquera Nariño January/7/2015

Your Honor
Virginia M Hernández

We the signers below, citizens and residents of the Municipality of Mosquera, state that since he was little until today already of age, we know about the way the young man JAIR GUEVARA PAYAN is; he is a person who handles himself by treating others well, in as far as respect, tolerance, honesty is concerned. This young man who by his excellent form is a person who lets himself be loved by others allowing him to fit with ease into the community.

Your Honor Hernández, we bid you goodbye wishing you successes in your arduous and difficult task.

THANK YOU.

| NAME | NATIONAL ID. | SIGNATURE |
| --- | --- | --- |

# EXITO INTERPRETING ENTERPRISES, INC.
## 450 76th Ave. N. Suite 101
## St. Petersburg, Fl 33702
## (727) 520-8022

---

### CERTIFICATION OF ACCURACY

STATE     OF     FLORIDA)
                                              SS:)
COUNTY    OF     PINELLAS)

**Dr. Xavier F. Keogh**, being duly sworn deposes and says:

That I am a Federally Certified Court Interpreter and have been duly so certified by the Administrative Office of U.S. Courts since 1993.

That I am registered with the Middle and Northern Districts of Florida, Tampa, Ocala and Fort Myers, Tallahassee Divisions as a Federally Certified Court Interpreter and as such have interpreted federal proceedings in this area.

That Exito Interpreting Enterprises, Inc. is a duly incorporated company in the State of Florida and is competent to vouch for the accurate, truthful and precise rendering of legal translations of its President, Dr. Xavier F. Keogh.

That I hereby certify that the attached translations of letters addressed To The Honorable Virginia M. Hernandez Covington in the matter of U.S.A. vs. Jair Guevara Payan, 8:14-cr-462-T-33AEP from Spanish into English , are true, accurate and precise renditions into English from Spanish of what was stated in said documents. Said documents compiled by CJA Counsel Ken Martin from family, friends, neighbors, co-workers and others domiciled in Colombia, South America. Moreover, Letter 16 has affixed to it the signatures of 47 individuals. Text of same duly translated; signatures left intact in Spanish original.

---

Dr. Xavier F. Keogh
Pres. Exito Interpreting Enterprises, Inc.

The foregoing instrument was acknowledged before me this **23rd day of March 2015 by Dr. Xavier F. Keogh.**

Notary Public
Commission #