Mosquera Nariño 7/enero/2015

DOCTORA
Virginia M Hernández
Juez

Nosotros los abajo firmantes, nativos y residentes en el municipio de Mosquera, manifestamos que desde pequeño hasta hoy ya mayor de edad, conocemos sobre la forma de ser del joven JAIR GUEVARA PAYAN; él es una persona que maneja un buen trato hacia los demás, en lo que tiene que ver con el respeto, la tolerancia, la honestidad etc. Este joven es una persona que por su excelente forma de ser se hace querer de los demás permitiendo su fácil integración en la comunidad.

Doctora Hernández, nos despedimos deseándole éxitos en su ardua y difícil labor.

GRACIAS.

| NOMBRE | CC. | FIRMA |
|---|---|---|
| Luz Eny Payan Payan | 1089001431 | (firma) |
| Leta Edilmira | 27365929 | (firma) |
| Jackeline Gallo P | 27365846 | Jackelin Gallo |
| Antonia Guerrero | 1089000634 | Antonio O. |
| Sady Payan Payan | 1089001449 | Sady Payan P |
| Pedro Celis Portocarrero | 5302121 | Pedro C. Portoc. |
| Adriana Ricalta P. | 1089000957 | (firma) |
| Armando Guerrero | 1089000907 | (firma) |
| AGUSTIN Guerrero | 5302412 | (firma) |
| Segundo Felix Guerrero | 12908846 | (firma) |
| Carolina Guerrero E. | 59663819 | (firma) |
| Carmen J. Zambrano V. | 27365184 | Carmen J. Zambrano V. |
| Sandra Patricia Portocarrero | 27365987 | Sandra P Portocarrero |
| Mabel Caicedo Rengifo | 27365983 | (firma) |
| Aylda Ton J | 31374409 | (firma) |
| Ingrid Ibarra Guerrero | 29231009 | Ingrid Ibarra G. |
| Marlo Ibarra Guerrero | 1117740852 | Marla Ibarra G. |

| NOMBRE | CC. | FIRMA |
|---|---|---|
| Guillermo Guerrero E | 5302853 | Guillermo G. E |
| Luz Alba Rosero Miranda | 1086448024 | Luz Alba R. M |
| Pura Rosa Rodriguez | 27365777 | Pura Rosa Rodriguez |
| Jos Miguel Guerrero Gado | 1143857080 | Jos Miguel Guerrero |
| Joaquina Guerrero Enriquez | 789002853 | (firma) |
| Carlos Augusto Guerrero | 1089001361 | Carlos A Guerrero |
| Alexandra Castro Valencia | 1774827620 | Alexandra Castro Valencia |
| Teodols Guerrero E. | 5302650 | Nor(R) Nar (firma) |
| Francisco Guerrero Rodriguez | 1089003665 | (firma) |
| Harlen Portocarrero Villota | 1089093896 | (firma) |
| Gilberto Cerón Erazo | 674446 | (firma) |
| | | |
| Teresa Antonia Portocarrero | | (firma) |
| Rosa Alba Valencia Garcés | 27506700 | Rosa Alba |
| Jennyfer Ocaña Rivera | 1111765893 | Ranny |
| Antonio Rios Rengifo | 5302882 | Antonio |
| Maira Quinamano P. | 29228756 | Maira |
| Luis Alberto Valenhiena | 7308719 | (firma) |
| Martha Lucia Salazar G. | 17366018 | Martha |
| Maria Clemencia Rodriguez C. | 105700618 | Maria Clemencia |
| William Valencia Rios | C. 1134694076 | (firma) |
| Continuae Valenciana | H 901905 | (firma) |
| Gabriela Joaquin Gero | c.c. 31379995 | Gabriela J. G. C. |
| Maryen Pineda R. | cc 24366048 | Maryen Pineda R |
| Jorge A. Renato | 1301519 | (firma) |
| Edinson Hurtado Rodriguez | C.1089000624 | (firma) |
| Karen Paredes | 10000945 | (firma) |
| Edson Cundo Valencia | 1113626352 | Edson Cundo |
| Lida Janeth Villota B | 27365986 | Lida Janeth Villota B |
| Yesica Ivonne Cornejo | 5333778376 | Yesica G |
| Cindy Catalina Guerrero Gallo | 1089004949 | Cindy C. Guerrero |